No. 94–1283 (D–1590). QUALLS v. REGIONAL TRANSPORTATION DISTRICT ET AL.; and QUALLS ET AL. v. REGIONAL TRANSPORTATION DISTRICT ET AL. C. A. 10th Cir. Motion of respondents Regional Transportation District et al. for an order to show cause granted. It is ordered that David L. Smith, of Denver, Colo., shall within 21 days of this order pay respondents $500 as ordered by this Court on March 6, 1995 [514 U. S. 1010], and show cause in writing why he should not be disbarred from the practice of law in this Court or otherwise disciplined for failure to comply with an order of this Court. David L. Smith is hereby suspended from practice before this Court pending the timely filing and consideration of his response to the order to show cause.

No. 94–1412. FUENTES v. UNITED STATES, 515 U. S. 1102. The Solicitor General is invited to file a response to the petition for rehearing within 30 days.

No. 94–1511. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. CASEY ET AL. C. A. 9th Cir. [Certiorari granted, 514 U. S. 1126.] Further consideration of motion of respondents to strike Appendix A of brief of petitioners deferred to hearing of case on the merits.

No. 94–1868. NORTH CAROLINA POWER v. NORTH CAROLINA UTILITIES COMMISSION. Sup. Ct. N. C.; and
No. 95–27. MERRILL ET AL. v. BARBOUR. C. A. D. C. Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 94–9688. VEY v. ROMOFF ET AL. C. A. 3d Cir.; and
No. 95–5139. LUNA v. SUTHERLAND ET AL. C. A. 6th Cir. Motions of petitioners for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioners are allowed until October 23, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 94–9729. CHERSIN ET AL. v. MACHINE TOOL FINANCE CORP. ET AL. Dist. Ct. App. Fla., 4th Dist. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until October 23, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.